mining the manner in which the proposed new crossing at Brooks crossing shall be constructed.

PER CURIAM. Ordered that the injunction granted by Justice Chester, pending the order to show cause before the Appellate Division, be continued until the action is tried and determined before Justice Chester. If the trial is delayed by the plaintiff, the justice may modify or vacate the injunction. The justice may at any time, for any sufficient reason appearing to him, vacate or modify the stay before the conclusion of the trial.

SMITH, P. J., and WOODWARD, J., dissent.

---

NEW ROCHELLE WATER CO., Respondent, v. POND, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by the New Rochelle Water Company against Charles H. Pond. No opinion. Judgment affirmed, with costs. See Pond v. New Rochelle Water Co., 143 App. Div. 69, 127 N. Y. Supp. 582, the reasoning in which we adopt as the basis of our decision.

---

NEWTON, Respondent, v. PENNSYLVANIA R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 6, 1914. Action by Julia Newton against the Pennsylvania Railroad Company and another.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellants to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $250, as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

LAMBERT, J., not sitting.

---

In re NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Second Department. April 24, 1914.) In the matter of the petition of the New York Central & Hudson River Railroad Company (lessee of the New York & Harlem Railroad) as to the elimination of highway grade crossings of the New York & Harlem Railroad in the village of White Plains. No opinion. Motion granted, with costs. See, also, 136 App. Div. 756, 121 N. Y. Supp. 528.

---

NEW YORK CENT. & H. R. R. CO., Respondent, v. SWEETING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by the New York Central & Hudson River Railroad Company against Lillian Sweeting and another. No opinion. Order affirmed, with $10 costs and disbursements.

---

NICHOLS, Respondent, v. NICHOLS, Appellant. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by Emily R. Nichols against Alexander A. Nichols.

PER CURIAM. The application for reduction can only affect the amount from November 26, 1913. So far as that feature of the case is concerned, the defendant cannot be blamed for any delay in the procedure. Let the re-

spective counsel appear before the presiding justice on Wednesday, May 27, 1914, at 12 m., prepared to have the amount of arrears, if any, then settled and determined, and thereupon the defendant may have a reasonable time in which to pay any amount due, which cannot be affected by the procedure for reduction, in default of which the order appealed from is affirmed, with costs, in accord with our original decision (146 N. Y. Supp. 1102).

---

NISEVIC, Respondent, v. W. S. COOPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 13, 1914.) Action by Duja Nisevic, as administratrix, etc., against the W. S. Cooper Company. No opinion. Judgment and order affirmed, with costs.

---

NITTI, Respondent, v. McGINNISS, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Antonio Nitti against John J. McGinniss.

PER CURIAM. Motion to dismiss appeal granted, unless within 20 days the appeal be perfected, or a stipulation be presented to the court to show that the respondent has agreed to waive his right to go on with the appeal.

---

NORDEN, Respondent, v. NORDEN, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1914.) Action by Maud E. Norden against Mortimer Norden. H. A. Friedman, of New York City, for appellant. M. Cukor, of New York City, for respondent. No opinion. Order modified, by reducing counsel fee to $250, and, as modified, affirmed, without costs. Order filed.

---

NORTH SIDE BANK OF BROOKLYN v. QUEENS HOME REALTY & CONSTRUCTION CO. et al. BURNS v. RICKERT-FINLAY REALTY CO. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Actions by the North Side Bank of Brooklyn against the Queens Home Realty & Construction Company and others, and by Alexander S. Burns against the Rickert-Finlay Realty Company. No opinion. Motion granted, without costs. See, also, 147 N. Y. Supp. 243.

---

NORTON, Respondent, v. ST. PAUL FIRE & MARINE INS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. May 6, 1914.) Action by Daniel Norton against St. Paul Fire & Marine Insurance Company.

PER CURIAM. Judgment and order unanimously affirmed, with costs.

HOWARD, J., not sitting.

---

NOVAKOWSKI, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 1, 1914.) Action by Rose Novakowski, as administratrix, against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

FOOTE, J., dissents, upon the ground that the plaintiff's intestate was not shown free from contributory negligence.